■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIRSAD GROZDANIC, Appellant. [820 NYS2d 923]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Barry M. Donalty, J.—Sodomy, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEVIN JONES, Appellant, v CHRIST MELLAS, as Superintendent of Watertown Correctional Facility, Respondent. [820 NYS2d 919]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Jefferson County, Hugh A. Gilbert, J.—Habeas Corpus). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LEACH, Appellant. [820 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Criminal Sexual Act, 1st Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN O'CONNELL, Appellant. [820 NYS2d 922]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Ronald H. Tills, A.J.—Attempted Robbery, 2nd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL PAXHIA, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, Respondent. [820 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Timothy J. Drury, A.J.—Habeas Corpus). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.